The HASKELL INSTITUTE STUDENTS ACTIVITIES ASSOCIATION, a Corporation, v. Agnes Quapaw HOFFMAN et al.
No. 1324.

Circuit Court of Appeals, Tenth Circuit.
Sept. 9, 1935.

Gorrill & Asher, of Lawrence, Kan., for appellant.

Thompson & Roberts, of Joplin, Mo., for appellees.

Before LEWIS, PHILLIPS, and Mc-DERMOTT, Circuit Judges.

PER CURIAM.
Appeal dismissed, for failure to prosecute.

Margaret HEALEY v. Clarence A. LINN, Trustee.
No. 8006.

Circuit Court of Appeals, Ninth Circuit.
Oct. 24, 1935.

Vincent Hallinan, of San Francisco, Cal., for appellant.

Henry Gross, of San Francisco, Cal., for appellee.

Before WILBUR, GARRECHT, and HANEY, Circuit Judges.

PER CURIAM.
Upon stipulation of counsel, ordered, appeal dismissed; mandate forthwith.

Guy T. HELVERING, Commissioner of Internal Revenue, Petitioner, v. C. C. CODDINGTON'S ESTATE, Union National Bank, Executor, Respondent.
No. 3967.

Circuit Court of Appeals, Fourth Circuit.
Oct. 7, 1935.

Frank J. Wideman, Asst. Atty. Gen., for petitioner.

C. A. Cochran, of Charlotte, N. C., for respondent.

PER CURIAM.
On motion of petitioner, consented to by counsel for respondent, cause is docketed and dismissed.

Guy T. HELVERING, Commissioner of Internal Revenue, Petitioner, v. CONTINENTAL LIFE INSURANCE COMPANY.
No. 10108.

Circuit Court of Appeals, Eighth Circuit.
Oct. 8, 1935.

Frank J. Wideman, Asst. Atty. Gen., Sewall Key, Sp. Asst. to Atty. Gen., and Robert H. Jackson, Asst. Gen. Counsel, Bureau of Internal Revenue, and R. P. Hertzog, Sp. Atty., Bureau of Internal Revenue, both of Washington, D. C., for petitioner.

Earl Whittier Shinn, of Washington, D. C., for respondent.

PER CURIAM.
Decision of Board of Tax Appeals in favor of respondent reversed, at respondent's costs, per stipulation of parties.